### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANTHONY DICANDIA,                                                                                   PETITIONER
ADC#130598

v.                                             5:12-cv-00047-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED.

DATED this 14th day of November, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE